# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2051
_____

TONY M. SHELDON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Lance Neff and Joshua Hawkes, Judges.

March 4, 2025

PER CURIAM.

    DISMISSED.

LEWIS, ROBERTS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Tony M. Sheldon, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.